UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALDOR & CARLESIMO, ESQS.
Cathy L. Waldor
2517 Highway 35
Building L, Suite 101
Manasquan, New Jersey 08736
732-528-5040
Attorney for Defendant, Pete Andrianopoulos

|  |  |
|---|---|
| Plaintiff | : |
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 08-628 (KSH) |
| vs. | : |
|  | : **ORDER** |
| Defendant | : |
| PETE ANDRIANOPOULOS | : |

**AND NOW**, this 3rd day of October, 2008, all proceedings in the above captioned matter shall be amended and conducted to reflect the defendant's name as Pete Andrianopoulos.

_____
Honorable Katherine S. Hayden
United States District Court Judge