PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Peter Adrianopoulos            Cr.: 0312-1:CR-08-628-01
                                                  PACTS Number: 51377

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 1/7/09

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: Time Served, 3 years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 1/7/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

Pay restitution in the amount of $222,477.12 in monthly installments of at least $50 per month.

## CAUSE

Due to economic conditions, the offender's salary was reduced. A full financial review determined that he could make monthly restitution payments of at least $50 per month.

Respectfully submitted,

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 7/14/09

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/21/09
Date